NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ANNETTE EPINGER,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2011-7155

---

Appeal from the United States Court of Appeals for Veterans Claims in 09-2707, Judge Robert N. Davis.

---

**ON MOTION**

---

**ORDER**

Annette Epinger moves for an extension of time to file documents.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. Epinger's entry of appearance and informal brief are due within 30 days of the date of filing of this order.

FOR THE COURT

___JUL 2 1 2011___
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Annette Epinger (Entry of Appearance and Informal Brief Forms Enclosed)
    Sarah A. Murray, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

JUL 2 1 2011

**JAN HORBALY**
**CLERK**